Isaac Altman, Respondent, *v.* Nathan Finkel et al., Appellants.

Argued November 21, 1945; decided December 6, 1945.

*Abraham J. Halprin* and *Sidney R. Rossiter* for appellants.
*Lawrence S. Greenbaum, Jonas J. Shapiro, Irving M. Engel* and *Monroe R. Lazere, amici curiæ,* in support of appellants' position.

*Samuel Komoroff* and *Forrest S. Chilton* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ. Taking no part: MEDALIE, J.